UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                        Case No.  10-cr-51-01-SM

Jesse Harris

## O R D E R

Defendant Harris's motion to continue the final pretrial conference and trial is granted (document 8).   Trial has been rescheduled for the September 2010 trial period.   Defendant Harris shall file a waiver of speedy trial rights not later than June 4, 2010.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**   September 9, 2010 at 2:30 p.m.

**Jury Selection**: September 21, 2010 at 9:30 a.m.

SO ORDERED.

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

May  25,  2010

cc:    Phillip Utter, Esq.
        William Morse, AUSA
        US Probation
        US Marshal