UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No.  10-cr-51-01-SM

Jesse Harris

O R D E R

    Defendant Harris's motion to continue the final pretrial conference and trial is granted (document 8).  Trial has been rescheduled for the November 2010 trial period.  Defendant Harris shall file a waiver of speedy trial rights not later than September 17, 2010.  On the filing of such waiver, his continuance shall be effective.

    The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Change of Plea Hearing:   October 4, 2010 at 10:00 a.m.

    Final Pretrial Conference, if necessary:   October 28, 2010  at 1:30 p.m.

    Jury Selection:  November 9, 2010  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

September 8, 2010

cc:   Phillip Utter, Esq.
      William Morse, AUSA
      US Probation
      US Marshal